UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:05-CR-171

v.

Hon. Gordon J. Quist

JACKSON MCDANIEL,

    Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT**

In accordance with the Opinion filed this date,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the Superseding Indictment (docket. no. 22) is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** Defendant's motion to dismiss Counts Three and Four of the Superseding Indictment. The Court **DENIES** Defendant's motion to dismiss Counts One and Two of the Superseding Indictment.

Dated: March 28, 2006                                         /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE